PROB 12C
(6/16)

Report Date: December 16, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Oscar Cabrera-Martinez             Case Number: 0980 2:14CR00131-RMP-1

Address of Offender:                    , Yakima, Washington

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 4, 2014

Original Offense:    Alien in the United States After Deportation, 8 U.S.C. § 1326(a) and (b)(1)

Original Sentence:    Prison - 8 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    U.S. Attorney's Office       Date Supervision Commenced: May 28, 2015

Defense Attorney:       Meredith B. Esser            Date Supervision Expires: May 27, 2018

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Washington State Patrol report for case number 16-035474 states that on December 2, 2016, the offender was arrested on charges of driving while under the influence, eluding, assault in the 3rd degree, resisting arrest, obstruction, driving while licence suspended, no valid operator's license, and no ignition interlock system, as required. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance approval from the United States Attorney General or his designee. Should you reenter the Untied States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**:  Washington State Patrol made contact with the offender on December 2, 2016, in Yakima County, Washington. |

Prob12C
**Re: Cabrera-Martinez, Oscar**
**December 16, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a **warrant** for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/16/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/16/2016
Date