PROB 12C
(6/16)

Report Date:  December 22, 2016

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2016

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Cabrera-Martinez          Case Number: 0980 2:14CR00131-RMP-1

Address of Offender: ▉

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson,  U.S. District Judge

Date of Original Sentence: December 4, 2014

Original Offense:          Alien in the United States After Deportation, 8 U.S.C. § 1326(a) and (b)(1)

Original Sentence:      Prison - 8 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    U.S. Attorney's Office          Date Supervision Commenced: May 28, 2015

Defense Attorney:      Federal Defenders Office          Date Supervision Expires: May 27, 2018

---

### PETITIONING THE COURT

        To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/16/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: The Law Enforcement Against Drugs (LEAD Task Force) report for incident number 16X00161 states that on December 8, 2016, a search warrant was served on the offender's vehicle. Law enforcement recovered a white powdery substance that field tested positive for the presence of cocaine. The recovered cocaine had a weight of 23 grams. Law enforcement has requested charges in this matter of VUCSA-Possess Cocaine RCW 69.50.4013(2).

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      December 22, 2016

                  s/Charles J. Kuipers

                  Charles J. Kuipers
                  U.S. Probation Officer

**Prob12C**
**Re: Cabrera-Martinez, Oscar**
**December 22, 2016**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ X ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[ X ]   Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
                Signature of Judicial Officer


                    12/22/2016
_____
        Date